IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:23-cv-61744

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

        Plaintiff,

vs.

ENTERPRISE LEASING COMPANY
OF FLORIDA, LLC

        **Defendant.**
_____/

## COMPLAINT & DEMAND FOR JURY TRIAL

Plaintiff United States Equal Employment Opportunity Commission ("EEOC"), seeks relief for a class of individuals who were denied employment because of their age, and alleges, upon information and belief, as follows:

## NATURE OF ACTION

1. This is an action under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq* ("ADEA"), to correct unlawful employment practices on the basis of age and to provide appropriate relief for a class of individuals who were denied employment because of their age. The ADEA prohibits discrimination against applicants and workers age 40 and over. As alleged with greater particularity below, evidence will establish that from January 2019 through the present Enterprise Leasing Company of Florida, LLC ("Enterprise Florida") has intentionally failed to hire employees protected by the ADEA for management trainee positions based on their

1

age. The EEOC seeks damages including back pay and liquidated damages for the class. The EEOC will further seek injunctive relief.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 451, 1331, 1337, 1343, and 1345. This action is also authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Section 16(c) ad 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

3. Employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4. The EEOC is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 7(d) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of the Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

5. Defendant Enterprise Florida is a corporation headquartered in Florida. Enterprise Florida operates National, Enterprise, and Alamo rental car centers throughout the State of Florida, excluding the greater Orlando area.

6. Defendant has continuously been doing business in the state of Florida and continuously has had at least 20 employees.

7. At all relevant times, Defendant has been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g), and (h) of the ADEA, 29 U.S.C. § 630(b), (g), and (h).

## CONDITIONS PRECEDENT

8. More than thirty days prior to the institution of the lawsuit, at least one charging party filed a charge of discrimination with the Commission alleging violations of the ADEA.

9. Prior to the institution of the lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and effect voluntary compliance with the ADEA through informal methods of conciliation, conference, and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(d).

10. All conditions precedent to the institution of this lawsuit have been fulfilled.

## FACTUAL ALLEGATIONS

11. Enterprise Florida markets its management training program as a place to "start your career" and "get incredible opportunities to grow and take on new roles" thanks to Enterprise Florida's "promote-from-within culture."

12. During the relevant time period, Enterprise Florida has utilized nearly identical hiring processes and practices for all management trainee hires.

13. Enterprise Florida recruits applicants for management trainee positions through job sites, referrals from current employees, and college job fairs.

14. A member of a small team of Enterprise Florida Talent Acquisition Personnel conducts initial interviews for each qualified applicant to the management trainee position.

15. The interview questions for management trainees are geared towards younger candidates, and include the following:

    a. I see you graduated from [college] with a degree in [major]; why did you decide to pursue that major? What did you think you were going to do with that major?

    b. Did you work while you were in school? During the academic school year? How many hours a week did you work while at school?

    c. Were you involved in any extracurricular activities? Any clubs or organizations?

    d. Looking back at your college experience, if there was something you could have done differently, what would it have been?

16. Enterprise Florida evaluates all applicants for the management trainee position on six competencies: (1) customer service orientation, (2) sales orientation, (3) communication, (4) leadership, (5) flexibility, and (6) work ethic.

17. Through its standard hiring process, Enterprise Florida intentionally under-hires applicants protected by the ADEA for management trainee positions based on their age. Applicants age 40 and older are selected at a much lower rate than applicants under 40 and the difference is statistically significant.

18. For example, in August 2019, Enterprise Florida employed 486 people as management trainees. While 475 management trainees (97.7%) were age 39 and under, only 11 management trainees (2.3%) were age 40 or older.

19. Similarly, in October 2020, the 332 Enterprise Florida management trainees were comprised of 326 people under the age of 39 (98.2%) and 6 people age 40 or older (1.8%).

## CAUSE OF ACTION

20. As set forth in paragraphs ten (10) through nineteen (19), from January 2019 through the present, Defendant subjected and continues to subject a class of aggrieved applicants for

management trainee positions to an ongoing pattern or practice of discriminatory failure to hire such persons because of their age in violation of Section 4 of the ADEA, 29 U.S.C. § 623(a).

21. The unlawful employment practices complained of in paragraphs ten (10) through nineteen (19) were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

a. Grant a permanent injunction enjoining Defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in any employment practice which discriminates on the basis of age;

b. Order Defendant to institute and carry out policies, practices, and programs, which provide equal employment opportunities for individuals covered by the ADEA, and which eradicate the effects of its past unlawful discrimination practices;

c. Grant a judgment requiring Defendant to pay appropriate back wages in an amount to be determined at trial, an equal sum of liquidated damages, and prejudgment interest to individuals whose wages are being unlawfully withheld as a result of the acts complained of above, including but not limited to, individuals covered by the ADEA who were not hired because of age;

d. Order Defendant to make whole all individuals adversely affected by the unlawful employment practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to instatement, reinstatement, provide front pay in lieu of reinstatement, or otherwise make whole individuals denied employment because of their age;

 e. Order Defendant to provide training specific to the ADEA for managers and human resources personnel involved in the hiring process;

 f. Grant such further relief as the Court deems necessary and proper in the public interest; and

 g. Award the Commission its costs of this action.

## JURY DEMAND

22. The Commission requests a jury trial on all issues of fact raised by its complaint.

Dated: September 11, 2023

        Respectfully submitted,

        GWENDOLYN YOUNG REAMS
        Acting General Counsel
        U.S. Equal Employment
        Opportunity Commission
        131 M Street, N.E.
        Washington, D.C. 20507
        CHRISTOPHER LAGE
        Deputy General Counsel
        U.S. Equal Employment
        Opportunity Commission
        131 M Street, N.E.
        Washington, D.C. 20507

        ROBERT E. WEISBERG
        Regional Attorney
        Florida Bar No: 285676
        Email: robert.weisberg@eeoc.gov
        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        Miami District Office
        Miami Tower
        100 S.E. 2nd Street, Suite 1500
        Miami, Florida 33131

        KRISTEN FOSLID
        Supervisory Trial Attorney

Florida Bar No: 0688681
Email: kristen.foslid@eeoc.gov
U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Miami District Office
Miami Tower
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131

*s/Chelsae Johansen Ford*
CHELSAE JOHANSEN FORD
Trial Attorney
Florida Bar No. 106029
Email: Chelsae.Ford@eeoc.gov
U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Tampa Field Office
501 E. Polk Street, Suite 1000
Tampa, FL 33602
Tel: 813.710.9346