# EXHIBIT B

| First Name | Last Name | DOB | Information |
|---|---|---|---|
| Enrique | Serrano | 1953-06-15 | Interviewer said Enterprise only wanted to hire college students that recently graduated so they could be nurtured and grow throughout the company. Claimant and interviewer agreed he should not continue with the application because he was not a viable candidate. |
| Catricia | Fernandez | 1973-03-07 | Interviewer Justin Henderson asked her to stand up during zoom interview and said she was overqualified. Interviewer said she needed to be in good health because it's a fast-paced environment. |
| Perry | Brown | 1971-09-29 | Other interviewees were younger than him and dressed in casual clothes (jeans). Interview cut short by phone call about another interview after 15 minutes. Told overqualified based on experience and current pay range. Younger candidates asked to stay post interview and claimant told he would received something in the mail. Asked about computer literacy; told there would be problem-solving. Told Enterprise was looking for people it could train. He was asked his age. Asked if he would have problems working late due to age, health, and family. |
| Loreen | Walker | 1951-12-23 | Interviewer told her they recruit people coming out of college with varied backgrounds. |
| George | Qassis | 1974-11-21 | Interviewer collected ID and resume. |
| Steve | Rubin | 1969-01-28 | Asked if he could keep up with running around and being on his feet; asked if he had any issues working with people of different ages; asked his DOB. |
| Mark | White | 1977-11-02 | Asked if he would be able to get along with younger people. Asked if he can keep up in fast paced environment. |
| Nicholas | Atasoy | 1978-08-24 | Asked how he would interact with younger team members. |
| Brent | Brickley | 1960-08-29 | Asked about his experience working with young people; told they have a young team; asked if he had any health issues that would prevent him from doing the job |
| Angel | Soto | 1980-04-14 | Everybody was young at the location where he interviewed; asked how he felt about working with a young supervisor. |
| Genoveva | Mendoza | 1968-12-16 | Told position required a very active person |
| Christopher | Irwin | 1956-01-24 | Asked how he would feel working with younger people. |
| John | Giles | 1960-07-13 | Gamaliel Duret said many of their employees are fresh out of college. Also said that claimant was close to retirement age and asked how long he expected to work until retiring. Asked if claimant would be able to wash cars. |
| Stacia | Reigel | 1967-09-01 | Asked if she would be able to work with a young team. Interviewer said she has a lot of experience, but asked if she had enough energy to come in upbeat and tackle new things everyday. |
| Francisco | Luna | 1974-09-10 | Interviewer asked his age over zoom interview. Also asked when he graduated from college, would he have a problem working late at night. |
| Dominique | Dearing | 1977-01-21 | During second interview told the MT position had a lot of young people fresh out of college. She never heard back after second interview, called recruiter. Recruiter said apply online. Claimant said she already had 2 interviews and then recruiter sent her a rejection email. |
| Keith | Cranmer | 1973-04-19 | Interviewers mentioned they have several young people working there; said they are on their feet for long periods of time and wanted to know if he could keep up. |
| Juan | Viveros | 1963-09-09 | Claimant told he was extremely over qualified, asked why he applied for the position. Interviewer said a lot of the team is young, right out of college. |
| Ernesto | Castro | 1964-02-13 | Gaillard said that Enteprise does not discriminate based on age. |
| Genelle | Little | 1978-08-25 | Worked for Enterprise in Phoenix and heard managers calling MT candidates "dinosaurs" "too old". Observed that MTs were young 20s and attractive. |
| Todd | Henrich | 1974-03-30 | Asked how he would feel taking orders from someone younger than him |
| Elizabeth | Armstrong | 1968-04-26 | Watched a video before interview that showed young candidates; asked if she saw herself retiring in 5 years. |
| Mark | McManus | 1970-01-21 | Asked for his DL |
| Silvia | Leon | 1975-07-16 | Interviewer said Enteprise likes to hire young people to form them and keep them forever. |
| Don | Ritter | 1974-11-14 | Interviewer said many employees are out of college. |
| Peter | Ruiz | 1968-09-17 | Asked about ability to work with younger employees |
| Reza | Rezaeikhosravi | 1977-04-29 | Interviewers said they were looking for a young energetic team and asked if she would be okay working with younger people. |
| Claudeth | McDonald | 1969-12-16 | Previous employee who knows MTs were young and out of college. |
| Leslee | Montalvo | 1976-12-31 | Told she was overqualified. |
| Patrice | Bailey | 1966-03-17 | Interviewer asked for her DL. |
| Darin | Maginnes | 1978-12-01 | Justin Henderson described ideal candidate being young. Said they were looking for young energetic candidates. |
| Abdullah | Muhammad | 1977-04-19 | Was told that a lof of their employees are fresh out of college. |
| Abel | Silva | 1980-10-30 | Was asked his age in the interview. |
| Thomas | Bakitas | 1979-09-21 | Asked what he was doing there during the in person interview; asked his age. Asked if he would have a problem working for younger people. |
| Patricia | Norton | 1960-11-08 | Branch manager told her she was over-qualified and asked why she applied for the job. |
| Marlo | Sams | 1970-12-28 | Interviewer asked if he was able to stand for a long period of time. |
| Anthony | David | 1977-03-29 | Told that he would be working with a bunch of young people straight out of college and asked if he could work in that environment; told he was a very strong candidate; told he would have to manage up and coming individuals; asked his age. |

| First | Last | DOB | Notes |
|---|---|---|---|
| Ira | Crabbe | 1945-11-04 | Said they were looking for people that fit a particular cutlure and were promoting from within. |
| John | Rains | 1974-08-02 | Interviewer asked how he would feel working with younger people. |
| Yuliya | Bryant | 1973-07-18 | Asked her year of birth; asked for her driver's license; interviewer said they have young, vibrant teams |
| Jose | Forbes | 1977-01-27 | Regional Manager, Inez Fernandez Fleming, told claimant he was overqualified in third interview. |
| Phillip | Drayton | 1963-11-02 | Asked for his DL. |
| Jennifer | Soults | 1979-03-15 | Kelly Spooner said they are looking for applicants just out of college so they could train them the way they want. Also asked why she was applying if she had master's degree. Asked for DL, and person she observed at the branch asked how old her children were. |
| Gregorio | Maysonet |  | Justin Henderson said they were looking for fresh new people. |
| Edward | Milteer | 1973-03-03 | Interviewer said they are looking for people without experience to work their way up; second interviewer commented on claimant's dress shoes with thick sole. |
| Adam | Atlas | 1979-10-05 | Kayla Cramer asked him for DL. |
| Michael | Butterfield | 1976-06-10 | Asked if he was physically capable of working there; never asked any questions about work experience or leadership skills; no open-ended questions regarding management. |
| Eric | Forbes | 1978-09-02 | Told might be trained by and working with younger supervisors. |
| Alan | Turner | 1968-01-19 | Interviewers said they are looking for hungry people right out of college. Normal process is working at a location, then moving to another location after proving themselves to advance their careers. Looking for stakeholders in the company. |
| Frank | Meyer | 1968-11-23 | Interviewer asked if he could lift 50 lbs. |
| Patrick | Crippen | 1965-10-17 | Manager told him he was overqualified. |
| Michael | Loughborough | 1976-03-13 | Asked for DL and DOB. |
| Karen | Boozy | 1969-09-13 | Interviewers said a lot of managers are fresh coming into this position. |
| Matthew | Ayotte | 1974-01-30 | Interviewer mentioned claimant was a little older than the normal applicants. |
| Prince | Jones | 1964-03-10 | Interviewer said he was over qualified and asked why he wants to work there. |
| Monica | Lopez | 1974-02-15 | 5 people on zoom interview. Youngest applicant just graduated from college knew all the answers to TAP questions re: project management; told she was overqualified. |
| Linda | Thacker | 1972-03-27 | Told they were looking for younger people so they could mold them; asked her when she graduated from college. |
| Rebecca | Johnson | 1977-11-28 | TAP said they have young employees. |
| Jakub | Krawczyk | 1967-03-04 | Told the wages were too low for him. |
| Geoffrey | Hardy | 1961-05-03 | Took a copy of his license and social security card. |
| Gary | Storts | 1963-04-23 | Told you need to be in shape to do the job; asked if he could work with younger people. Interviewer asked how old his son was. |
| Linda | McQueeney | 1963-04-24 | Asked if she could manage working with people younger than her. |
| Desmond | Travis Wells | 1978-05-02 | Told he was overqualified and/or had too much experience. |
| Marcia | Cuellar | 1973-06-15 | Told MTs do a lot of running around; asked if she was up to the task; demeanor changed once he saw her. |
| Christopher | Duharte | 1977-11-27 | Told that a lot of people working there were right out of college; asked if he was married and had children. |
| Aquilina | Luchidio | 1978-07-24 | Asked if she would be comfortable working for younger employees; asked how she would handle the job since she has children; also asked if she has health issues; asked her DOB |
| Brian | Robinson | 1973-08-18 | Interviewer said they were looking for someone just out of college or an athletic background |
| Earle | Johnson | 1961-01-29 | Interviewer said recent graduates are able to grow in the company. Interviewer explained she started out with the company and explained trajectory from a new employee to management. Asked for his DL to verify his identity. |
| Bryan | Crosswait | 1973-05-16 | Observed other applicants were in their 20s and wearing business casual clothing; asked how he works with people of a different age. Interviewer said they typically hire college students |