# EXHIBIT C

# ENTERPRISE MOBILITY EMPLOYMENT APPLICATION

**AN EQUAL OPPORTUNITY EMPLOYER**
We are an Equal Opportunity Employer, and have a nondiscriminatory policy in conformity with the law. We will not discriminate on any basis as defined by applicable federal, state or local law. We are proud of our equal opportunity policies and we intend to comply with not only the letter, but with the spirit, of these laws. Prospective employees will receive consideration without discrimination because of race, creed, color, sex, age, religion, national origin, gender identity, disability, sexual orientation, marital status, citizenship status, veteran status, genetic information or any other factor protected by applicable law.

**CONTACT INFORMATION**

Last Name                       First Name                      Middle Name/Initial

Current Street Address

City                                                            State/Province   Zip/Postal Code

Contact Phone Number                                            Email Address

How did you learn about this position?

Have you ever been employed by Enterprise Holdings or any of its affiliated or related companies (Enterprise Rent-a-Car, National Car Rental, Alamo Rent A Car)?
☐ Yes   ☐ No

If Yes:
From         To

Location

Are you presently authorized to work in the United States?
☐ Yes   ☐ No

Will you require work authorization sponsorship by our company now or in the future?
☐ Yes   ☐ No

**EDUCATION INFORMATION**

**College/University**

1.
Type
of
School

If

| |
|---|
| Other (please explain) |
| School Name |
| City    State/Province                                          Country |
| School Degree/Certification |
| Major |
| Did you graduate?<br>☐ Yes   ☐ No<br>If No, are you currently enrolled?<br>☐ Yes   ☐ No |
| 2. Type of School |
| If Other (please explain) |
| School Name |
| City    State/Province                                          Country |
| School Degree/Certification |
| Major |
| Did you graduate?<br>☐ Yes   ☐ No<br>If No, are you currently enrolled?<br>☐ Yes   ☐ No |

**EMPLOYMENT INFORMATION**

Please give accurate, complete full-time and part-time employment record. Start with present or most recent employer.

1. Job Title

May we contact this employer?
☐ Yes   ☐ No
Current employer
☐ Yes   ☐ No

Employer's Name

Address

City                                                        State/Provinc  Zip
                                                            e

Country

From                                                        To

Supervisor Name                                             Supervisor Title

Primary Responsibilities

Reason for Leaving (if applicable)

2. Job Title

May we contact this employer?
☐ Yes   ☐ No
Current employer
☐ Yes   ☐ No

| | |
|---|---|
| Employer's Name | |
| Address | |
| City | State/Province   Zip |
| Country | |
| From | To |
| Supervisor Name | Supervisor Title |
| Primary Responsibilities | |
| Reason for Leaving (if applicable) | |

3. Job Title

May we contact this employer?
☐ Yes    ☐ No
Current employer
☐ Yes    ☐ No

| | |
|---|---|
| Employer's Name | |
| Address | |
| City | State/Province   Zip |
| Country | |
| From | To |
| Supervisor Name | Supervisor Title |
| Primary Responsibilities | |
| Reason for Leaving (if applicable) | |

Have you ever been asked to resign from a job or been discharged for reasons other than workforce reduction?

☐ Yes   ☐ No

If Yes, please explain.

**ADDITIONAL INFORMATION**

List any special training that you have received and/or experience or skills that you possess not included above (include technical and/or computer skills).

**APPLICANT'S CERTIFICATION AND AGREEMENT**

**PLEASE READ CAREFULLY**

I hereby certify that the facts set forth in this employment application are true and complete to the best of my knowledge. I understand that if employed, falsified, incomplete, omitted, or misleading statements on this application shall be considered sufficient cause for dismissal whenever the same might be discovered. I agree to cooperate fully in all Company-directed investigations and conform to the rules and regulations of the Company. I also understand and agree that all employees who do not have a separate, individual, written employment contract with the Company are employed on an at-will basis. As such, an at-will employee may resign from the Company at any time, for any reason, and may be terminated by the Company at any time, for any reason, with or without notice. I further understand and agree that the Company, at its determination, may require any applicant or employee to submit to a drug or alcohol test in accordance with applicable law. I agree that if I refuse to submit to such lawful test, I will be subject to discharge.  If employed, I authorize the Company to supply information about me to any entity with whom I might hereafter seek employment and/or who has a legitimate reason to inquire of such information, such as schools, educational assistance programs, entities from which I might seek credit and federal and state agencies, and I agree to hold the Company harmless from any and all claims connected therewith.

I certify that all of the information provided on this form is true and correct.

**I Accept**

☐

(By checking this box I am agreeing to the above and confirming my signature via electronic format.)

Enterprise_040818