# EXHIBIT E

| | |
|---|---|
| **From**: Thomas Shuler [thomasshuler42@yahoo.com]<br>**Sent**: 12/8/2023 11:40:38 AM<br>**To**: EnterpriseClass [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de846435cddc4257bce5981201247499-EnterpriseC]<br>**Subject**: Fw: Enterprise Rent-A-Car – request to complete employment application | You don't often get email from thomasshuler42@yahoo.com. Learn why this is important |

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

----- Forwarded Message -----
**From:** Christina Reese <erac+email+8012e-154c31d552@talent.icims.com>
**To:** "thomasshuler42@yahoo.com" <thomasshuler42@yahoo.com>
**Sent:** Thursday, November 19, 2020 at 07:10:11 AM EST
**Subject:** Enterprise Rent-A-Car – request to complete employment application

Dear Thomas,

Great work! The first step is done! Here's what to do next. We received your interest in applying for a career at Enterprise and the next step is to complete our full employment application. This step is required in order to be further considered for any position with us, and is most easily completed from a desktop computer. The application covers your education and previous employment experience and takes about 15 minutes to complete.

1. <u>Login to the Career Portal</u> and click the Forms button in the middle.

If you do not remember your login credentials, please use the "Forgot your Login Name or Password?" link reset option. All information that you provide will be kept confidential.

The employment application will be used for consideration in interview scheduling. We're excited to meet you!

Thanks,

Christina Reese
E128MK@erac.com

EEOC_0001678