# EXHIBIT C

**U.S. Equal Employment Opportunity Commission**

# EEOC Attorney Honors Program

The Attorney Honors Program recruits the most qualified entry-level attorneys and trains them for highly skilled legal work within each agency.

The EEOC Attorney Honors Program is an exciting opportunity for qualified entry-level Attorneys and Law Clerks and a pathway to career employment at the EEOC. The program provides a way to start a public service career and gain substantial legal experience as Trial Attorneys, Attorney Examiners (Administrative Judges), General Attorneys, or Attorney Advisors within the EEOC, both at our Headquarters in Washington, DC or our **53 Field Offices (https://www.eeoc.gov/field-office)** throughout the United States.

The Attorney Honors Program is a 2-year program to gain legal experience at EEOC Offices designated to participate in the Program that year. Participating Offices typically include the Office of General Counsel (OGC), Office of Field Programs (OFP), Office of Legal Counsel (OLC), and Office of Federal Operations (OFO).

Attorneys or Law Clerks selected for the Attorney Honors Program are assigned to challenging positions, offering valuable legal experience and substantial individual responsibility. In addition, Honors Program participants receive extensive training to ensure their legal proficiency and expertise in particular practice areas.

The agency underscores that criteria for the Attorney Honors Program can be met by individuals who entered law after significant employment experience in another field as well as those who entered law school immediately or soon after receiving an

undergraduate degree. The Honors Program is aimed not at people of a specific age group, but at people who are new to the practice of law.

# Program Length

The Attorney Honors Program is a 2-year program. Honors Program candidates are hired for a 2-year term appointment, which may become permanent upon satisfactory completion of the program. During this period, Honors Program Attorneys and Law Clerks will function as a permanent component of the Office where they are assigned, the same as other agency employees in the same or similar positions.

# Mentorship and Training

Participants will be matched with an experienced EEOC Attorney to serve as their mentor throughout the duration of the program. In addition, participants will receive training aimed at developing institutional knowledge, legal skills, and professional development.

# Eligibility Factors and Selection Criteria

The EEOC selects candidates applying to the EEOC Attorney Honors Program based on merit. Factors we consider include academic achievement; relevant labor relations experience and/or law courses; law journal and other relevant writing experience; moot court competition, legal aid and legal clinic experience; and summer and/or part-time employment, particularly experiences dealing with employment and discrimination law.

During the application review, the agency will prioritize those applicants who have demonstrated leadership skills and who have shown an interest in pursuing civil rights and labor and employment law issues, and who have demonstrated a dedication to public service.

Applicants are eligible to apply to the EEOC Attorney Honors Program during the application window if they meet one of the following eligibility criteria:

- Third-year law student who will complete studies in the spring/summer; **OR**

- Full-time graduate law student expected to graduate in spring/summer. Graduate study must have immediately followed law school graduation with no significant post- J.D. employment and must be full-time for the duration of graduate law study; **OR**

- Judicial Law Clerk prior to the application deadline and clerkship will be completed prior to September 30. The clerkship must be the first significant legal employment following graduation and, generally, must begin no later than 1 or 2 years post-J.D. Applicants may serve in a single 1 or 2-year clerkship or in two consecutive 1-year clerkships. The clerkship may be no more than 2 years in duration**[1] (https://www.eeoc.gov/careers/eeoc-attorney-honors-program#_ftn1)** .

Applicants must be a U.S. citizen to be eligible for employment in the excepted service with the EEOC.

Law Clerks and Attorneys selected for the program are required to pass a bar examination within 14 months of commencement of their employment and be licensed (admitted to the bar) to practice as an attorney in a U.S. State, Territory, or the District of Columbia.

Once admitted to the bar, attorneys appointed in the excepted service are required to maintain active membership in a bar within U.S. jurisdiction for the duration of their employment. Attorneys must provide documentation supporting active membership and good standing status (or equivalent) on at least an annual basis.

# Applying to the Program

The EEOC will announce the Attorney Honors Program on the Office of Personnel Management's (OPM) USAJOBS.gov website.

**Review the Announcement and Apply (https://www.usajobs.gov/job/720559100)**

Once the annual application period opens, review the announcement for up-to-date information regarding the application due date, what materials must be submitted with the application, and how to apply.

# Interviews

Following an eligibility review, applications are referred to participating EEOC Offices to conduct panel interviews. Each Office will independently select candidates for interview.

# Pay and Benefits

Attorneys and Law Clerks who are hired through the Attorney Honors Program are entitled to all the benefits available to federal employees. Additional information about federal pay and benefits is available at the **Pay & Leave (https://www.opm.gov/policy-data-oversight/pay-leave/)** and **Benefits (https://www.opm.gov/policy-data-oversight/pandemic-information/benefits/)** pages on the OPM website.

Please note that federal government salaries vary by geographical location. Please refer to the OPM **Salary Table (https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2023/general-schedule/)** to obtain specific salary information for a particular geographical location.

Honors Program Law Clerks are eligible for promotion to Attorney positions after passing the bar and serving the minimum time-in-grade at the next lower level. There is no promotion potential beyond GS-11 for the Law Clerk position.

The minimum time-in-grade for Attorney promotions are:

- GS-11 to GS-12 – 1 year

- GS-12 to GS-13 – 1 year

- GS-13 to GS-14 – 1 year

**EEOC Attorneys are eligible for promotion up to the GS-14 level**, and may be considered for promotion every year, based on successful performance and the

recommendation of a supervisor.

# TRIAL PERIOD

The trial period for any attorney hired in the excepted service is 2 years. The trial period serves the same purpose as a probationary period in the competitive service (i.e., a period during which management evaluates an employee's performance and conduct to determine whether his or her continued employment is in the best interest of the agency).

Honors Program candidates are hired for a 2-year term appointment, which may become permanent upon satisfactory completion of the program.

# EEOC Participating Offices

While available Attorney Honors Program positions vary each year, the EEOC Office of General Counsel, Office of Legal Counsel, Office of Federal Operations, and Office of Field Programs traditionally recruit Attorney Honors Program Attorneys and Law Clerks. **Learn more about each of these Offices' missions (https://www.eeoc.gov/eeoc-office-overviews#ogc)** .

**[1] (https://www.eeoc.gov/careers/eeoc-attorney-honors-program#_ftnref1)** The agency underscores these criteria can be met by individuals who entered law after significant employment experience in another field, as well as those who entered law school immediately or soon after receiving an undergraduate degree. The Honors Program is aimed not at people of a specific age group, but at people who are new to the practice of law.

For questions or to obtain more information about the program, please email: **attorneyhonors@eeoc.gov**