# EXHIBIT D

 U.S. Equal Employment Opportunity Commission

# EEOC Pathways Programs



The EEOC Pathways Programs offer **paid opportunities** for students and graduates to work in a number of EEOC fields.  The Pathways Programs consist of three major subprograms: Pathways Internship Program, Pathways Recent Graduates Program, and Presidential Management Fellows (PMF) Program. The Pathways Programs are open to all eligible students and graduates regardless of age and will include older individuals and veterans who returned to school.

The EEOC lists all opportunities for the Pathways Internship and Pathways Recent Graduates programs on **USAJOBS (https://eeoccareers.usajobs.gov/search/results/?**

**a=EE00&s=startdate&sd=asc&p=1)** . PMF opportunities are listed by the U.S. Office of Personnel Management (OPM). More information is available on the OPM PMF website: **Application Process Become A PMF (https://www.pmf.gov/become-a-pmf/application-process/)**

# Pathways Internship Program

The EEOC **Pathways Internship Program (https://www.usajobs.gov/Help/working-in-government/unique-hiring-paths/students/)** is designed to provide students enrolled in a variety of educational institutions, from high school, college, and qualifying degree or certificate programs, with opportunities to work at the EEOC while still in school and being paid for the work they perform. Pathways Interns who successfully complete the program may be eligible for conversion to a permanent job. Interns may work part time or full time during the spring, summer, winter, or year-round.

# Pathways Recent Graduates Program

The EEOC **Pathways Recent Graduates Program, (https://www.usajobs.gov/Help/working-in-government/unique-hiring-paths/students/)** which promotes possible careers in the civil service, provides individuals who recently graduated from qualifying educational institutions or programs with developmental experiences in the Federal government. To be eligible, applicants must apply within 2 years of degree or certificate completion (except for veterans precluded from doing so due to their military service obligation, who will have up to six years after degree completion to apply). Successful applicants are placed in a dynamic, developmental program with the potential to lead to a civil service career in the Federal government. The Pathways Recent Graduates Program is open to all eligible graduates regardless of age and will include older individuals and veterans who returned to school.

# Presidential Management Fellows Program

The EEOC **Presidential Management Fellows (PMF) Program (https://www.pmf.gov/)** is a premier, competitive leadership training program for students who have completed an advanced degree. Graduates are provided with a 2-year appointment at the EEOC, which may lead to conversion to a permanent appointment. The PMF Program is administered by the Office of Personnel Management, and you can learn more about eligibility and the program at the **PMF website (https://www.pmf.gov/)** .

**Pathways Programs are open to all eligible students and recent graduates regardless of age and will include older individuals and veterans who returned to school.**

Questions regarding any of EEOC Pathways Programs can be directed to **Jobs@eeoc.gov**.