**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-61744-DAMIAN/Augustin-Birch**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,

Plaintiff,

v.

**ENTERPRISE LEASING COMPANY OF FLORIDA, LLC**,

Defendant.

______________________________________/

# CONSENT DECREE

This Consent Decree ("Decree") is made and entered into by and between Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Enterprise Leasing Company of Florida, LLC ("Enterprise") (hereinafter EEOC and Enterprise are collectively referred to as the "Parties").

## INTRODUCTION

1. EEOC is the federal agency responsible for enforcing federal laws prohibiting employment discrimination.

2. EEOC filed this action on September 11, 2023 alleging that Enterprise engaged in a pattern or practice of age discrimination as to a class of individuals by refusing to hire applicants age 40 and over for management trainee positions in violation of the Age Discrimination in Employment Act of 1967, as amended ("ADEA"). [ECF No. 1].

3. In the interest of resolving this matter, to avoid further cost of litigation, and as a result of having engaged in comprehensive settlement negotiations, the Parties have agreed that this action should be fully and finally resolved by entry of this Decree.

4. Neither Enterprise's execution of this Decree, nor any terms set forth in this Decree shall constitute or be construed as an admission of any wrongdoing or liability by Enterprise. Enterprise denies EEOC's allegations, including the allegations in the Complaint, and denies that it violated the ADEA.

5. This Decree is final and binding on the Parties, and their respective successors and assigns.

6. No waiver, modification, or amendment of any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties. By mutual agreement of the Parties, this Decree may be amended or modified in the interests of justice and fairness in order to effectuate the provisions of this Decree.

7. This Decree fully and finally resolves the claims asserted by EEOC in the Complaint filed in this action styled *EEOC v. Enterprise Leasing Company of Florida, LLC*, Case No. 0:23-cv-61744 (S.D. Fla.), and EEOC Charge Nos. 511-2019-03939 and 511-2022-02019. As described more fully below, EEOC is settling this ADEA action for a group of claimants consisting of persons who applied for management trainee positions with Enterprise from January 1, 2019 to December 31, 2023, were age 40 or older at the time of application, and were not hired.

8. This Decree constitutes the complete understanding between the Parties with respect to the matters herein.

9. If one or more provisions of this Decree are rendered unlawful or unenforceable, the Parties shall attempt to agree upon what amendments to this Decree, if any, are appropriate to effectuate the purposes of this Decree. In any event, the unaffected provisions shall remain enforceable.

10. This Decree does not resolve any charges of discrimination that may be pending with EEOC against Enterprise other than those charges identified in Paragraph 7. This Decree in no way affects EEOC's right to bring, process, investigate, or litigate other charges that may be in existence or may later arise against Enterprise in accordance with standard EEOC procedures.

11. Nothing in this Decree shall be construed to limit or reduce Enterprise's obligations to comply with the statutes enforced by EEOC: Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.*, as amended; Title I of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.*, as amended; the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq.*; the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d); the Genetic Information Nondiscrimination Act of 2008 ("GINA), 42 U.S.C. § 2000f *et seq.*; and the Pregnant Workers Fairness Act ("PWFA"), 42 U.S.C. § 2000gg *et seq.*

DEFINITIONS

12. "Eligible Claimants" are individuals who were age 40 or older when they applied for one or more management trainee positions with Enterprise from January 1, 2019 to December 31, 2023, and were not hired. This does not include individuals that Enterprise automatically disqualified initially through its electronic iCIMS system for failing to meet minimum qualifications, and/or individuals Enterprise identified on the Tabs labeled "SSO" or "Background Ck-Eligibility Issue" in its applicant data spreadsheet at Enterprise_104082.

13. The term "day" or "days" means calendar days.

14. The term "Effective Date" means the date on which the Court gives final approval of this Decree by entering it on the Court docket.

## FINDINGS

15. Having carefully examined the terms and provisions of this Decree, and based on the pleadings, record, and stipulations of the Parties, the Court finds the following:

a. This Court has jurisdiction over the subject matter of this action and the Parties;

b. The Court will retain jurisdiction for the duration of this Decree;

c. No party shall contest the jurisdiction of this Court to enforce this Decree, its terms, or the right of EEOC to bring an enforcement suit upon alleged breach of any term(s) of this Decree;

d. The terms of this Decree are adequate, fair, reasonable, equitable, and just;

e. The rights of the Parties and Eligible Claimants, and the public interest are adequately protected by this Decree; and

f. The terms of this Decree are, and shall be, binding upon Enterprise's present and future representatives, agents, directors, officers, successors, and assigns.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

## DURATION OF DECREE

16. This Decree shall be in effect for a period of three (3) years from the Effective Date.

17. This Decree shall not expire while any enforcement action concerning this Decree is pending.

## GENERAL INJUNCTIVE PROVISIONS

18. Enterprise, its officers, agents, servants, employees, successors in interest, and all persons acting in concert with them or on their behalf are enjoined from screening applicants and/or from failing to hire applicants for Enterprise's management trainee positions because of age.

## APPLICANT TRACKING SYSTEM

19. Description of Applicant Tracking System. Enterprise shall continue to maintain for the duration of this Decree an electronic applicant tracking system (the "Applicant Tracking System"). The Applicant Tracking System will include and track each applicant for employment at Enterprise for management trainee positions. For each individual included or tracked on the Applicant Tracking System, the following information shall be maintained in the Applicant Tracking System:

a. **Background Information:** (1) applicant name and address; (2) date of application; (3) unique identification number; (4) position(s) for which applicant applied; (5) location(s) at which applicant applied; (6) whether Enterprise made an offer to applicant; (7) if no offer was made, the reason(s); (8) whether applicant was hired; (9) date moved to hired status; and (10) all other iCIMS (or similar online application platform) data fields that Enterprise produced during the litigation (as long as those fields are collected in the Applicant Tracking System).

b. Enterprise shall provide all Applicant Tracking System data identified in subsection (a) above to EEOC on or about the following dates: (1) January 16, 2026 (for applicant data from the Effective Date through November 30, 2025);

(2) July 10, 2026 (for applicant data from December 1, 2025 through May 31, 2026); (3) January 15, 2027 (for applicant data from June 1, 2026 through November 30, 2026); (4) July 16, 2027 (for applicant data from December 1, 2026 through May 31, 2027), (5) December 10, 2027 (for applicant data from June 1, 2027 through October 31, 2027), and (6) May 10, 2028 (for applicant data from November 1, 2027 through March 31, 2028). Enterprise may request reasonable extensions where necessary. The data shall be provided electronically in .csv file format and shall include all fields identified above.

c. During the term of this Decree, Enterprise will provide EEOC with access to its Applicant Tracking System data (as identified in subsection (a) above) and all application materials and interview notes upon request and within thirty (30) days.

INVESTIGATIONS

20. Enterprise shall investigate all complaints of age discrimination in hiring for the management trainee program submitted to Enterprise human resources or through the hotline. Enterprise shall initiate its investigation within three (3) business days to the extent feasible and complete each investigation as promptly as feasible. Where feasible, Enterprise will interview the complainant and the alleged discriminator as part of the investigation.

21. Each investigation shall be conducted by an HR professional or legal counsel who was not involved in the hiring process.

22. The investigation notes, findings, and results shall be reviewed by in-house counsel for each complaint, and before final action, if any, is taken.

ENTERPRISE WEBSITE

23. Enterprise shall state expressly in its existing Equal Opportunity & Employment disclaimer on its website page at https://www.enterprisemobility.com/en/about/compliance-ethics.html (and any successor websites) that Enterprise does not discriminate in hiring or in employment on the basis of age.

THIRD PARTY RECRUITMENT AND STAFFING COMPANIES

24. Within thirty (30) days of the Effective Date, Enterprise shall notify in writing all third parties that it works with (directly or indirectly through Enterprise Holdings, Inc.) on recruiting, screening, or hiring for Enterprise management trainee positions, that Enterprise has no preference as to the age of candidates for employment and that the third parties should not exclude any candidates for consideration on the basis of age.

HOTLINE

25. Enterprise shall continue to operate its anonymous hotline for applicants to report allegations of age discrimination throughout the term of the Decree.

26. The hotline number shall continue to be made publicly available to all applicants to the management trainee program through the Code of Conduct webpage and linked through the Compliance and Ethics page available at https://www.enterprisemobility.com/en/about/compliance-ethics.html.

27. For the term of this Decree, Enterprise shall add the following language to the initial email sent to management trainee applicants by a Group Talent Acquisition professional: "Enterprise Leasing Company of Florida, LLC is an equal opportunity employer and is committed to an environment free from discrimination against any employee or applicant for employment based on race, color, religion, sex, national origin, disability,

age, veteran status, or any other status protected by law. Enterprise's Hotline and Code of Conduct can be found here."

ADEA POLICIES

28. Within thirty (30) days of the Effective Date, for all Enterprise locations, Enterprise shall create, distribute, implement, and comply with supplemental ADEA policies (one for each Enterprise group) that comport with the requirements of the statute and this Decree ("ADEA Policies").

29. Enterprise's ADEA Policies shall, at a minimum:

a. Prohibit age discrimination against any employee or applicant;

b. Provide examples of age discrimination, including, but not limited to, making hiring decisions because of age;

c. State that age discrimination will not be tolerated from Enterprise's management, employees, customers, clients, vendors, or any other persons present at any of its premises or where it conducts business;

d. State that it is the duty of all supervisors and management officials to monitor the workplace for age discrimination and it is their duty to report discrimination to human resources;

e. Specify that reports of age discrimination may be made to human resources personnel and the Ethics Hotline available through the Code of Conduct (https://www.enterprisemobility.com/content/dam/enterpriseholdings/marketing/about-us/compliance-and-ethics/enterprise-holdings-employee-code-of-conduct.pdf)

f. State that employees are not required to report age discrimination directly to the individual engaged in the alleged conduct;

g. State that all reports of age discrimination will be investigated promptly and impartially by an Enterprise Human Resources Generalist.

h. State that any individual that receives a complaint of age discrimination (including through email or in person communication) shall promptly forward or communicate such complaint to an Enterprise Human Resources Generalist, and that failure to do so can result in discipline;

i. State that employees or applicants who report age discrimination or provide information related to such reports will be protected against retaliation; and

j. State that Enterprise will take immediate and appropriate corrective action when the company determines that age discrimination has occurred.

30. Within forty-five (45) days of the Effective Date of this Agreement, Enterprise shall provide EEOC with a copy of the ADEA Policies. Upon receipt, EEOC shall have fifteen (15) days to review and/or comment on the ADEA Policies. EEOC shall review the ADEA Policies for compliance with this Section and may provide comment or request revision due to non-compliance.

31. Enterprise shall (1) publish the revised ADEA Policies on its intranet within seven (7) days of their adoption, and (2) notify employees of their availability by emailing them a link to the applicable ADEA Polices. New Enterprise employees shall be given a copy of the applicable ADEA Policy through Enterprise's standard onboarding process at the outset of their employment.

TRAINING FOR EMPLOYEES ON AGE DISCRIMINATION IN HIRING

32. Enterprise shall provide all Enterprise Talent Acquisition Specialists, Talent Acquisition Managers, Branch Managers, Area Managers, Group Human Resources Managers and any other managers, who are directly involved in the hiring decision for management trainee positions, with annual anti-discrimination training specific to the ADEA for the term of this Decree. If training is held through a web-based platform, Enterprise agrees that the training shall be interactive and shall continue to be conducted in real-time (*i.e.*, not prerecorded) and all participants shall be instructed to remain visible during the training. Each training shall last for at least two (2) hours.

33. The training shall cover the following topics:

(1) the requirements of the ADEA;

(2) the applicable ADEA Policy;

(3) the rights and responsibilities of employees under the ADEA and Enterprise's applicable ADEA Policy;

(4) how to avoid ageism and age stereotypes;

(5) Enterprise's complaint reporting procedures, including the role of human resources personnel, legal counsel, and the hotline;

(6) age-neutral and non-discriminatory recruiting, interviewing, and hiring, including changes made to Enterprise's hiring process;

(7) the requirement of consistently using Enterprise's template hiring resources (e.g., proposed interview questions);

(8) the need to use objective criteria in assessing interviewees;

(9) state that interview questions likely to reveal an applicant's age should be avoided and provide examples (e.g., how old are you, what year did you graduate college, how old are your children);

(10) the requirement that all interviewers that receive a complaint of discrimination forward or communicate such complaint to Human Resources, and that failure to do so can result in discipline;

(11) state that interview questions or conversations that are age related and not related to job qualifications are prohibited and provide examples (e.g., how would you feel working with young people? Why do you want this job at your age?), including guidance about when and how to ask an applicant about their ability to meet job requirements related to physical performance; and

(12) a clear and unequivocal statement that applicants are not required to come directly from college.

34. The first training shall be completed within five months of the Effective Date and then yearly thereafter, for a total of three trainings during the term of this Decree.

35. The training shall be conducted by HR professionals approved by EEOC. Talent Acquisition professionals may assist with answering questions about the recruiting process, as needed. The HR professionals conducting the training shall consult with Enterprise Holdings, Inc. HR and Legal regarding the content of the training before it is administered.

36. At least twenty (20) days prior to the first training conducted pursuant to this Decree, Enterprise shall provide EEOC with a copy of the presentation slide deck and any corresponding talking points or outline for EEOC to review and provide any substantive

comments. If Enterprise makes changes to these training materials after the first training, Enterprise shall provide EEOC with a copy of the materials for EEOC to review and provide any substantive comments at least thirty (30) days before any training in which it is used.

37. Within thirty (30) days of each training, Enterprise shall certify to EEOC, in writing, that the required training has taken place and that required personnel attended. Enterprise shall maintain a record of the date(s), location, and duration of the training and a list of individuals, identified by name and position or title, who attended the training session. The attendance records will be provided to EEOC at EEOC's request.

NOTICE TO EMPLOYEES

38. Within thirty (30) days following the Effective Date, Enterprise shall post a copy of the "Notice Regarding the Age Discrimination in Employment Act," as set forth in Exhibit B ("Notice") on the employee intranet.

MONETARY RELIEF TO THE CLASS AND
CLAIMS ADMINISTRATION PROCESS

39. The term "Eligible Claimants" is defined in Paragraph 12 of this Decree.

40. Within fifteen (15) days of the Effective Date, Enterprise shall hire a claims administrator ("Claims Administrator") approved by EEOC. The Claims Administrator shall commence its duties in accordance with this Decree and instructions from EEOC.

41. Within thirty (30) days of the Effective Date, Enterprise shall pay $1,800,000.00 into an interest-bearing, qualified settlement fund under § 486(b) of the Internal Revenue Code (the "Qualified Settlement Fund") established by the Claims Administrator, which, together with any interest generated subsequent to deposit, is to be distributed amongst Eligible Claimants for back-pay and used to pay administrative costs of the Claims

Administrator as described more fully below. The Claims Administrator will notify EEOC once the payment is complete.

42. Within seven (7) days of receiving the settlement funds from Enterprise, the Claims Administrator shall invest $1,775,000.00 into three (3) month U.S. Treasury bills. The remaining $25,000 shall be used as an advance to cover the payments to the Claims Administrator.

43. Any interest earned from the settlement funds may be used to pay the Claims Administrator. To the extent the Claims Administrator's costs exceed the interest earned from the settlement funds, the settlement funds may be used to cover the Claims Administrator's costs. To the extent that the interest earned exceeds the Claims Administrator's costs, the excess interest may be distributed to Eligible Claimants.

44. The Claims Administrator shall provide the following services pursuant to this Decree, consistent with instructions from EEOC:

a. facilitate the creation of a Qualified Settlement Fund under § 468(b) of the Internal Revenue Code;

b. manage the Qualified Settlement Fund;

c. assist EEOC with identifying, locating, and corresponding with Eligible Claimants via telephone, email, and other written communications;

d. create a website dedicated to claims administration for this matter;

e. send and receive notices, questionnaires, and forms to Eligible Claimants;

f. create, track, and maintain data regarding Eligible Claimants;

g. transmit notifications to Eligible Claimants;

h. transmit and review release forms;

i. issue payment to Eligible Claimants from the Qualified Settlement Fund;

j. make periodic reports of activities to EEOC;

k. confer with EEOC regarding administrative matters;

l. issue and file related tax documents (including, but not limited to, tax returns required to be filed by the Qualified Settlement Fund and W-2 forms for all payments from the Qualified Settlement Fund); and

m. perform such other administrative tasks as it and EEOC may deem necessary to facilitate the claims administration process.

45. The Claims Administrator shall provide Enterprise with all information required by it for tax purposes in a timely manner. The Claims Administrator shall be responsible for issuing appropriate tax forms to Eligible Claimants as applicable.

46. All costs and expenses related to the claims administration process, including costs and fees of the Claims Administrator, shall be paid through the Qualified Settlement Fund, together with any interest generated subsequent to the deposit of funds.

47. If Enterprise fails to tender the payment described in Paragraph 41, then it shall pay interest on the defaulted payments at a rate calculated pursuant to 26 U.S.C. § 6621(b) until the same is paid, and bear any additional costs incurred by EEOC caused by the non-compliance or delay, including, but not limited to, any and all costs arising out of EEOC's efforts to enforce this Decree in federal court.

CLAIMS ADMINISTRATION

48. Identification of Eligible Claimants. Within ninety (90) days of the Effective Date, EEOC shall transmit to the Claims Administrator a list containing, if available, the full names, last known addresses, telephone numbers, and email addresses for all Eligible

Claimants. EEOC shall identify Eligible Claimants. Enterprise shall have fifteen (15) days to challenge whether any individual identified by EEOC meets the definition of Eligible Claimant as defined herein. Enterprise shall identify the reasons it believes an individual is not an Eligible Claimant and EEOC and Enterprise shall confer. EEOC will consider Enterprise's reasons and will make the final decision on whether an individual is an Eligible Claimant.

49. Enterprise shall, at EEOC's request, provide any reasonably accessible information needed to identify Eligible Claimants, to the extent such information has not already been provided to EEOC.

50. Initial Package. EEOC will direct the Claims Administrator to, within a reasonable amount of time as determined by EEOC, distribute to all known Eligible Claimants a notice from EEOC containing a description of the settlement, an explanation of the eligibility determination process, the website dedicated to the claims administration process and a questionnaire ("Initial Package"), and a deadline for submission of all claims.

51. The Initial Package shall be distributed by mail and email. EEOC will determine what additional steps, if any, are to be taken to reach Eligible Claimants and notify the Claims Administrator of the same.

52. The Initial Package will instruct Eligible Claimants to submit a completed questionnaire. Submission of a completed questionnaire is the method by which an Eligible Claimant submits their claim.

53. Review of Claims Submitted. In response to the Initial Package, the Eligible Claimants will be asked to submit a completed questionnaire to the Claims Administrator within the deadline provided in the Initial Package.

54. The Claims Administrator will review all questionnaires to verify that Eligible Claimants meet criteria to receive a monetary award. The criteria to receive a monetary award shall include, but is not limited to, the following: (1) confirmation that the individual was in the protected class (40 or older at time of application for employment) at the time that the individual applied to Enterprise's management trainee position between January 1, 2019 and December 31, 2023; and (2) confirmation that the individual was not hired by Enterprise as a management trainee. Ultimately, EEOC maintains sole discretion to determine whether or not an individual is an Eligible Claimant.

55. Claims may also be made on behalf of deceased Eligible Claimants through representatives of their estate or next of kin if documentation is provided demonstrating heirship or estate. Such documentation may include a letter from the estate administrator, a death certificate of the Eligible Claimant, a document showing relationship between the Eligible Claimant and next of kin, and/or a sworn affidavit. EEOC will have the final authority to determine the validity of claims filed on behalf of deceased Eligible Claimants.

56. Eligible Claimants who seek to recover monetary compensation must complete and submit the questionnaire within the EEOC-established deadline provided in the Initial Package. The time may be extended by EEOC for good cause shown.

57. All Eligible Claimants who receive monetary relief pursuant to this Decree shall be required, as a condition of receipt, to execute the Release of Claims attached as "Exhibit A."

58. Final Verification of Eligible Claimants. The Claims Administrator shall review questionnaires timely submitted by Eligible Claimants and notify EEOC of the Eligible Claimants that it verified meet the criteria set herein in Paragraphs 54 and 55 ("Verified

Eligible Claimants"). Only Verified Eligible Claimants may receive a monetary award. Eligible Claimants do not have standing to object to their verification determination.

59. Monetary Award Determination. EEOC shall make the final determination as to the amount of the monetary award for each Verified Eligible Claimant based on the Claims Administrator's recommendations. EEOC shall be the sole determiner of the amount of monetary relief to be received by any Verified Eligible Claimant under this Decree. Enterprise shall be provided an explanation of how the monetary award is being calculated.

60. Notice of Monetary Award. After EEOC advises the Claims Administrator of monetary awards for each Verified Eligible Claimant, the Claims Administrator will notify Eligible Claimants (including Eligible Claimants that are not receiving a monetary award) in writing of the following: (1) the amount of their monetary award, if any; and (2) for Notices of Monetary Awards to Verified Eligible Claimants, these notices will include: a Release of Claims (attached hereto as Exhibit A), state the requirement and instructions for submitting a signed Release of Claims, the deadline to submit a signed Release of Claims, and provide notice that failure to timely submit a signed Release of Claims shall make the Verified Eligible Claimant not eligible to receive a monetary award and forever bar them from receiving any relief under this Decree.

61. Release of Claims. The Claims Administrator shall provide all original signed Releases of Claims to Enterprise and maintain copies for EEOC. Prior to providing signed original Releases of Claims to Enterprise, and prior to sending any monetary awards, the Claims Administrator shall review all Releases of Claims to ensure they are properly executed. In the event that a Release of Claims has not been properly executed and proper execution appears possible as determined by EEOC, the Claims Administrator shall contact

the Verified Eligible Claimant and attempt to procure a properly executed Release of Claims. The original signed Releases of Claims shall be sent to the attention of: Brittany Falkowski, Labor and Employment Counsel, at the following address: 600 Corporate Park Drive, St. Louis, Missouri 63105.

62. Monetary Award Distributions. Within thirty (30) days of the deadline to submit signed Releases of Claims, the Claims Administrator shall issue and mail any check(s) consistent with EEOC's directions.

63. Distribution of Any Residual Amount in the Qualified Settlement Fund. In the event that checks are returned and/or the Qualified Settlement Fund is not completely distributed for any reason, EEOC shall direct the Claims Administrator to allocate the remaining funds as backpay to Verified Eligible Claimants on a *pro rata* basis. No funds shall revert back to Enterprise.

TAX TREATMENT OF SETTLEMENT AMOUNT

64. EEOC's reporting requirements under IRC Sections 162(f) and 6050X. EEOC may be required to report the fact of this settlement to the IRS under Sections 162(f) and 6050X of the Internal Revenue Code, which allow for certain payments by employers to be deducted from the employer's taxes. If EEOC is required to do so, EEOC will provide the employer with a copy of the 1098-F form that it will provide to the Internal Revenue Service (IRS).

65. Enterprise's EIN number is: 59-1664426.

66. The individual(s) to whom EEOC should mail a copy of the form 1098-F, if EEOC is required to issue one is/are: Mark Dennis, Assistant Vice President—Tax, 600 Corporate Park Drive, St. Louis, Missouri 63105.

67. No Representations or Reliance. EEOC has made no representations regarding whether the amount paid pursuant to this settlement qualifies for the deduction under the Internal Revenue Code. The provision of the Form 1098-F by EEOC does not mean that the requirements to claim a deduction under the Internal Revenue Code have been met. Any decision about a deduction pursuant to the Internal Revenue Code will be made solely by the IRS with no input from EEOC. The Parties are not acting in reliance on any representations made by EEOC regarding whether the amounts paid pursuant to this Decree qualify for a deduction under the Internal Revenue Code.

REPORTING REQUIREMENTS

68. Enterprise shall make bi-annual reports to EEOC on or about the following dates: (1) January 16, 2026 (for information from the Effective Date through November 30, 2025); (2) July 10, 2026 (for information from December 1, 2025 through May 31, 2026); (3) January 15, 2027 (for information from June 1, 2026 through November 30, 2026); (4) July 16, 2027 (for information from December 1, 2026 through May 31, 2027), (5) December 10, 2027 (for information from June 1, 2027 through October 31, 2027), and (6) May 19, 2028 (for information from November 1, 2027 through April 30, 2028). Enterprise may request reasonable extensions where necessary. Each report shall contain the following documents and information:

(a) A description of any complaint of alleged age discrimination made by any applicant to the management trainee program, including the name, last known address, phone number, and email address of the complaining party;

(b) A description of what steps Enterprise took to investigate the complaint and a description of any action(s) taken as a result of the complaint;

(c) A certification that the Notice required to be posted pursuant to Paragraph 38 of this Decree remained posted online during the entire period preceding the report;

(d) A certification that the trainings required pursuant to Paragraphs 32-37 of this Decree have occurred; and

(e) A list of management trainees hired in the preceding six (6) months, as well as each person's birthdate and hire date.

DISPUTE RESOLUTION

69. In the event that EEOC believes Enterprise has failed to comply with any provision of this Decree, EEOC shall notify Enterprise of the alleged non-compliance. Thereafter, Enterprise shall have thirty (30) days to remedy the alleged non-compliance or to satisfy EEOC that Enterprise has complied.

70. If Enterprise has not remedied the alleged non-compliance or satisfied EEOC that it has complied within thirty (30) days, EEOC may apply to the Court for appropriate relief.

NOTIFICATION TO SUCCESSORS

71. Enterprise shall provide prior written notice to any purchaser of its business, or a purchaser of all or a portion of its assets, and to any other successor, of EEOC's lawsuit, the allegations raised in EEOC's Complaint, and the existence and contents of this Decree.

EEOC REVIEW OF COMPLIANCE WITH AGREEMENT

72. Enterprise agrees that EEOC may review compliance with this Decree. As part of such review, EEOC may require Enterprise to submit information within thirty (30) days, unless otherwise specified herein, including responses to written questions, and copies of relevant documents regarding Enterprise's compliance with this Decree, including but not

limited to its screening, interviewing, selecting and/or hiring of individuals for management trainee positions at Enterprise during the term of this Decree. Enterprise may request reasonable extensions for the production of information or documents where necessary.

REPORTING REQUIREMENT (CONTACT)

73. All reports, notices and other documents required hereunder to be delivered to EEOC shall be sent via email to mdoconsentdecreecompliance@eeoc.gov with the subject line "Enterprise Consent Decree." To the extent EEOC needs to communicate with Enterprise regarding the Consent Decree, EEOC shall email Brittany Falkowski, Labor and Employment Counsel, Brittany.Falkowski@em.com with the subject line "Enterprise Consent Decree."

COSTS

74. Each party to this Decree shall bear its own costs associated with this litigation.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 24th day of September, 2025.



**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

**[*PARTY SIGNATURE PAGE INCORPORATED BY REFERENCE*]**

**[Signature page can be found at ECF No. 178-1 at 21]**

**EXHIBIT A**

**RELEASE AND WAIVER**

IN CONSIDERATION OF SETTLEMENT FUNDS RECEIVED, under that certain Consent Decree dated __________________, in connection with the resolution of *EEOC v. Enterprise Leasing Company of Florida, LLC*, Case No. 0:23-cv-61744 (S.D. Fla.), I hereby provide the following release/waiver of claims against Enterprise Leasing Company of Florida, LLC:

I hereby knowingly, voluntarily, irrevocably, and unconditionally waive and release all claims, actions, damages of any sort, costs, expenses and attorneys' fees, and liabilities of any nature whatsoever for discriminatory failure to hire based on age arising under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) ("ADEA"), up to the date of this release, that were included in the Complaint filed by EEOC, from January 1, 2019 through December 31, 2023.

I acknowledge that I have been given the opportunity to review this release for a full 21-day period. I understand all of its terms and provisions.

Date: ______________________________

Name: ______________________________
[Claimant Name Printed]

Signature: ______________________________

**EXHIBIT B**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Notice To Employees Regarding Resolution Of Claims**

This NOTICE to all employees of Enterprise Leasing Company of Florida ("Enterprise") is being posted and provided as part of a Consent Decree between Enterprise and the U.S. Equal Employment Opportunity Commission ("EEOC") in Case No. 0:23-cv-61744 (S.D. Fla.), which alleged that Enterprise engaged in a pattern or practice of age discrimination by refusing to hire applicants age 40 and over for management trainee positions in violation of the Age Discrimination in Employment Act of 1967, as amended ("ADEA"). Enterprise denies the allegations and any wrongdoing but, as part of the resolution of this matter, is providing this notice to you to reflect their commitment to a workplace free of discrimination.

Enterprise is committed to hiring qualified applicants for employment without regard to their age, race, color, religion, sex, national origin, or disability. Enterprise will not tolerate discrimination of any kind which violates state or federal laws, including failing to hire individuals on account of their age.

The ADEA protects individuals from employment discrimination because of their age. Additionally, the ADEA protects employees from retaliation for making charges, testifying, assisting, or participating in enforcement proceedings. Enterprise will not condone employment discrimination of any kind as set forth in federal anti-discrimination laws. It is the policy of Enterprise to offer employment opportunities to all qualified employees and applicants, regardless of age, sex, race, color, religion, national origin, disability, or other protected characteristic. Enterprise does not tolerate intentional discrimination in violation of the provisions of the ADEA; Title VII of the Civil Rights Act of 1964, as amended ("Title VII"); the Pregnant Workers Fairness Act ("PWFA"); the Genetic Information Nondiscrimination Act of 2008 ("GINA"); the Equal Pay Act of 1963 ("EPA"); or the Americans with Disabilities Act, as amended ("ADA").

EEOC is the federal agency responsible for enforcing the federal laws described above and receiving complaints regarding their violation. EEOC maintains offices throughout the United States, and can be contacted at 1-800-669-4000 and www.eeoc.gov. If any applicant or employee believes he or she has been discriminated against, they should immediately notify their supervisor or manager, human resources, the Ethics Hotline (1-888-238-1483) available in the Code of Conduct, or contact EEOC. Enterprise will take appropriate corrective action, up to and including termination, based on the circumstances involved, against any employee who violates Enterprise's policies against discrimination.